UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHERYL SMITH,

    Plaintiff,

v.                                       Case No:   2:16-cv-833-FtM-99CM

ONE 2016 55' PRESTIGE YACHT
and WINTON REBOUCHE, JR. ,

    Defendants.

_____

**ORDER DIRECTING THE ISSUANCE**
**OF THE WARRANT OF ARREST AND/OR SUMMONS**

Pursuant to Supplemental Rule (C)(1) and Local Admiralty Rule 7.03(b)(1), the Clerk is directed to issue a warrant of arrest of ONE 2016 55' PRESTIGE YACHT, known as "SUM UH DAT II," and/or summons in the above-styled action.

**DONE** and **ORDERED** in Fort Myers, Florida on this 18th day of November, 2016.

*[signature]*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record